U.S. Department of Justice
U.S. Attorneys

*Booking Order*

# United States District Court
# for the District of Columbia

**FILED**

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :

v.                           :

                             :   Case No. **07-0075 (CKK)**

                             :

**MILAGROS L. ~~HXXXXHX~~**   :
        **MORALES**

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this **29th** day of **March** ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on **March 29, 2007** by **Det. Keith Hoffman** to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to **N/A** _____ for "routine processing," and that this be a condition of being released on bond;

4. T~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~e United States Marshal shall release the defendant to the custody~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ for the purpose of "routine processing," and at the conclus~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ of the Marshal.

_____
Judge (~~xxxxxxxxxxx~~)  *Colleen Kollar-Kotelly*

DOJ USA-16-1-80

DEFENSE COUNSEL