UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ ) | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 1:07-cr-00075-CKK |
| | ) | |
| ERICK R. BROWN, and | ) | |
| MILAGROS L. MORALES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

**DEFENDANTS' STATUS REPORT**

Defendants Erick R. Brown and Milagros L. Morales ("Defendants"), through counsel, hereby submit this status report, as requested by the Court at arraignment on March 28, 2007. The Court asked the parties to attempt to provide a preliminary indication of witness lists and potential motions *in limine* prior to the status conference on Monday, April 16, 2007.

Defendants respectfully request that the Court grant Defendants additional time to review the discovery in this case and identify potential witness and legal and factual issues requiring potential motions *in limine*. Defendants received the first production of discovery from the government on April 9, 2007, which contained approximately 280 pages of materials. The government produced additional discovery on April 12, 2007, which counsel for Detective Brown did not receive until today, April 13, 2007. Defendants are still in the process of reviewing this material to determine whether there is any additional discovery to which Defendants are entitled, as well as to identify potential motions *in limine* and potential witnesses who may be necessary to counter the government's allegations. Defendants have not had sufficient time to identify these issues because a substantial portion of the last two weeks was

- 2 -

spent by Defendants' counsel preparing the six pretrial motions that Defendants filed on April 11, 2007. In addition, Defendants' counsel have not had time to review the second production of discovery, which was significantly more voluminous than the first production, because Defendants just received that material. Defendants note that at the time the Court requested the expedited notice of witnesses and motions *in limine*, Defendants were seeking a speedy trial, to commence as early as June 4, 2007. The Court has since set the trial to commence on August 20, 2007.

In light of the foregoing, Defendants respectfully request additional time to review the discovery to identify potential witnesses and motions *in limine*, as well as any remaining discovery issues. Undersigned counsel has consulted with the government regarding this matter, and the government has represented that it joins in this request for additional time to make these disclosures. Therefore, the parties jointly request that the Court set a schedule for these disclosures, and any other pretrial matters, at the status conference scheduled for April 16, 2007, at 9:00 a.m.

Defendants further propose that the Court order the government to identify its witnesses and potential evidentiary issues prior to Defendants' disclosures, because the government's disclosures will directly influence what potential witnesses Defendants deem necessary and potential motions *in limine*. For instance, on March 28, 2007, Defendants requested, among other things, notice of any Rule 404(b) evidence that the government intends to rely upon at trial. To date, the government has provided no such notice. If the government intends to introduce Rule 404(b) evidence, Defendants may well seek to challenge the admissibility of such evidence and/or identify additional witnesses necessary to counter such evidence.

- 3 -

In sum, Defendants respectfully request that the Court set a comprehensive schedule for pretrial disclosures at the April 16, 2007 status conference.

Respectfully submitted,

_____
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
 (202) 429-3000

Counsel for Erick R. Brown

David Schertler
Danny Onorato
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004-2601
(202) 628-4199

Counsel for Milagros L. Morales

Dated: April 13, 2007