UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK R. BROWN, and MILAGROS L. MORALES,<br><br>Defendants. | Crim. No. 07–75 (CKK) |

FILED
APR 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(April 17, 2007)

As discussed during the status conference held on April 16, 2007, at 9:00 a.m., it is, this 17th day of April, 2007, hereby

ORDERED that John Aldock, Esq. is appointed by the Court to represent Defendant Morales with respect to the issues raised in [9] United States's Motion to Review Representation, and during a hearing, to be scheduled, with respect to said issues; it is also

ORDERED that the Clerk's office shall send a copy of this Order to Mr. Aldock at the following address: Goodwin Proctor LLP, 901 New York Avenue, NW, Washington, DC 20001.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge