UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: |
| | : | 1:2007-cr-00075-CKK |
| | : | |
| | : | The Honorable Colleen |
| v. | : | Kollar-Kotelly |
| | : | |
| ERICK R. BROWN, and | : | |
| MILAGROS L. MORALES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## UNITED STATES'S MOTION TO SEAL DOCUMENT

The United States, by and through its attorney, the United States Attorney for the Western District of Virginia, hereby moves the Court to seal the fourteen page Memorandum dated September 15, 2005, that was accepted by the Court in camera and ex parte at yesterday's, April 16, 2007, hearing in the above-captioned matter. The government so moves for all of the reasons expressed at that hearing, most particularly because the entire document is privileged, and all of the information contained therein that is material to the defendants' effective defense has been turned over in discovery.

WHEREFORE, the government requests that the Court seal this document and maintain it in camera and ex parte.

Respectfully submitted,

JOHN L. BROWNLEE
United States Attorney


s/ William F. Gould
William F. Gould
Assistant United States Attorney
District of Columbia Bar # 428468
Virginia State Bar # 67002

## C E R T I F I C A T E

I certify that a true and correct copy of this government motion to inquire into the attorney status in this case has been filed through the Court's electronic filing system, which will send a copy to counsel for both defendants, David Schertler and Danny Onorato of Schertler & Onorato, L.L.P., for Milagros Morales, and Reid Weingarten and Brian Heberlig of Steptoe & Johnson, L.L.P., for Erick Brown, on this 17th day of April, 2007.

s/ William F. Gould<br>
William F. Gould<br>
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NUMBER:** |
| | : | **1:2007-cr-00075-CKK** |
| | : | |
| | : | |
| | : | **The Honorable Colleen** |
| **v.** | : | **Kollar-Kotelly** |
| | : | |
| **ERICK R. BROWN, and** | : | |
| **MILAGROS L. MORALES,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Based on the United States's motion to seal filed on April 17, 2007, and representations made by the parties in open court on April 16, 2007, the Court today seals the fourteen page Memorandum dated September 15, 2005, that was accepted from the United States by the Court at the April 16, 2007, hearing in this matter. The Court will maintain this document <u>in camera</u> and <u>ex parte</u> until further notice to the parties.

The government's motion to seal is hereby GRANTED and this documents is ORDERED SEALED by the Court.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge
Dated:

CC:

Reid H. Weingarten, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

David Schertler, Esquire
Danny Onorato, Esquire
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, Ninth Floor
Washington, D.C., 20004-2601

William Gould
U.S. Attorney's Office for the Western District of Virginia
255 West Main Street
Charlottesville, Virginia, 22902