NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number  **07-75**

**Milagros L. Morales**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[X] CJA        [ ] RETAINED        [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**John D. Aldock, D.C. 035949**
(Attorney & Bar ID Number)

Goodwin Procter LLP
(Firm Name)

**901 New York Avenue NW**
(Street Address)

**Washington, DC          20001**
(City)            (State)         (Zip)

**(202) 346-4240**
(Telephone Number)