NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                        Criminal Number  1:07-cr-00075

Milagros L. Morales
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Danny Onorato (#480043)
(Attorney & Bar ID Number)

Schertler & Onorato, LLP
(Firm Name)

601 Pennsylvania Avenue, NW, North Building, 9th Floor
(Street Address)

Washington, DC 20004
(City)        (State)        (Zip)

(202) 628-4199
(Telephone Number)