**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NUMBER:** |
| | : | **1:2007-cr-00075-CKK** |
| | : | |
| | : | |
| | : | **The Honorable Colleen** |
| **v.** | : | **Kollar-Kotelly** |
| | : | |
| **ERICK R. BROWN, and** | : | **Trial dates:  August 20 through** |
| **MILAGROS L. MORALES,** | : | **31, 2007.** |
| | : | |
| **Defendants.** | : | |
| | : | |

**UNITED STATES'S SECOND STATUS REPORT**

During the Court's June 26, 2007, status hearing in this matter the Court set a number

of deadlines within which the government is to file various documents and provide certain

information to the Court and counsel.

I.  Electronic Mail Messages Authored by Three Potential Government Witnesses

One deadline set at the status hearing was that the government review all e-mails

written by three potential government witnesses between February 13, 2005, and the end of

April 2005, and turn over, by July 31, 2007, any Jencks statements that my be contained

therein.  By an e-mail dated July 6, 2007, I learned that the individual with the Executive

Office for U.S. Attorneys who has authority over these messages expects to have this

information in Washington, D.C., by Monday, July 16, 2007.  I expect to have this

information soon thereafter, as I plan to be in Washington, D.C., for much of that week,

including that Monday and Tuesday, July 17, 2007.  I expect this schedule will allow me to provide any <u>Jencks</u> statements to counsel on or before the Court's deadline.

II.  <u>Outstanding Defense Requests</u>

By letter dated June 12, 2007, Mr. Schertler and Mr. Onorato requested certain documents that address the topic of interviewing techniques used by MPD or the U.S. Attorney's Office.  In that letter, counsel referenced two "handbooks."  I continue to research whether any such written materials were in use at the time of the incidents at issue herein, or previously.  As suggested by the Court and counsel, I am not limiting this investigation to simply the two documents referenced in Mr. Schertler's letter, rather I am examining this issue as expansively as set forth in counsel's letter requesting "any manuals, handbooks, training materials, documents, memoranda, MPD General Orders, or any other material in the possession of the Metropolitan Police Department or the U.S. Attorney's Office that discusses or relates to in any way interviewing, interrogating, or questioning witnesses or defendants."  Counsel's June 12, 2007, Letter.  As of this writing, I have discovered no responsive documents.  Nevertheless, the due diligence on this matter is not complete, and I expect to have a more full report by the upcoming June 16, 2007, status hearing.

By recent telephone call, Mr. Heberlig requested that I provide counsel a copy of the March 2005 Alcoholic Beverage Control Board hearings that dealt in significant part with the February 13, 2005, murder at Club U.  I know that the AUSA who prosecuted <u>United States v. Jerome Jones,</u> F-6847-05, had the majority of these transcripts, as I reviewed some of them.  I assume from this that I will be able to locate the entire transcript and will provide

counsel with a copy prior to our next status hearing.

One transcript from the grand jury's investigation in this matter was referenced at the Court's recent status hearing, and upon this, it became clear that counsel for defendants did not have this transcript. This omission was unintentional, and I have now obtained this transcript and have sent it to counsel by overnight mail on the date of this filing, July 9, 2007.

During the June 26, 2007, status hearing in this matter, the Court suggested that the government disclose to counsel footnote five from a September 15, 2005, memorandum that was submitted under seal for the Court's review on April 16, 2007. That portion of the September 15, 2005, memorandum was sent and received by counsel.

III. Other Act Evidence Related to Erick Brown

The Court gave the government a July 11, 2007, deadline within which to send both defendants' counsel a summary of the incidents that could potentially be responsive to any character evidence offered by Brown in his defense. The government expects to meet this deadline. The incidents contained in this summary will not be introduced in the government's case, or used in cross examination, unless Brown introduces character evidence related to his conduct as an MPD detective. Thus, this issue may be moot, as counsel have not indicated defendant's intention on this score.

IV.  Bill of Particulars

The Court gave the government a July 11, 2007, deadline within which to file a Bill of Particulars on certain matters from the grand jury's Indictment.  The government expects to meet this deadline.

V.  Other Matters

In addition to the above, the Court set two status hearings for July 16, 2007, and August 8, 2007, both for 2:00 pm.  The trial date remains as August 20, 2007, through August 31, 2007.

Prior to trial the Court requested that the parties coordinate to develop three documents:  first, a joint statement of the case; second, proposed voir dire questions, with agreed upon questions and disputed questions in separate categories; and third, proposed jury instructions bifurcated in the same way as the voir dire questions.  With these latter two, the parties will indicate the party objecting and the basis therefore, assuming there are any objections.

The Court did not set a deadline for submission of in limine motions.

WHEREFORE, the government offers this report regarding the current status of this

matter.

Respectfully submitted,

JOHN L. BROWNLEE
United States Attorney


s/ William F. Gould_____
William F. Gould
Assistant United States Attorney
District of Columbia Bar # 428468
Virginia State Bar # 67002

<u>C E R T I F I C A T E</u>

I certify that a true and correct copy of this second government status report in this case has been filed through the Court's electronic filing system, which will send a copy to counsel for both defendants, David Schertler and Danny Onorato of Schertler & Onorato, L.L.P., for Milagros Morales, and Reid Weingarten and Brian Heberlig of Steptoe & Johnson, L.L.P., for Erick Brown, on this 9th day of July, 2007.

<div style="margin-left:50%;">
<u>s/ William F. Gould</u>
William F. Gould
Assistant United States Attorney
</div>