UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: |
| | : | 1:2007-cr-00075-CKK |
| | : | |
| | : | |
| | : | The Honorable Colleen |
| v. | : | Kollar-Kotelly |
| | : | |
| ERICK R. BROWN, and | : | **FILED** |
| MILAGROS L. MORALES, | : | |
| | : | JUL 2 0 2007 |
| Defendants. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

## ORDER

Based on the United States's motion to seal filed on July 17, 2007, and representations made by the parties in open court on July 16, 2007, the Court today seals the July 11, 2007, letter from the United States to all counsel in the above-captioned matter.

The government's motion to seal is hereby GRANTED and this documents is ORDERED SEALED by the Court.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge
Dated:

CC:

Reid H. Weingarten, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

David Schertler, Esquire
Danny Onorato, Esquire
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, Ninth Floor
Washington, D.C., 20004-2601

William Gould
U.S. Attorney's Office for the Western District of Virginia
255 West Main Street
Charlottesville, Virginia, 22902