

**U.S. Department of Justice**

*United States Attorney*
*Western District of Virginia*

---

*John L. Brownlee*
*United States Attorney*

United States Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902
Telephone: 434/293-4283    Fax: 434/293-4910

July 23, 2007

Reid H. Weingarten, Esquire
Brian Heberlig, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C., 20036-1795
Facsimile: (202) 828-3661

David Schertler, Esquire
Danny Onorato, Esquire
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C., 20004-2601
Facsimile:(202) 628-4177

Re: United States v. Erick R. Brown and Milagros L. Morales
    Case No. 1:07-CR-00075-CKK

Dear Counsel,

The government may call one expert witness in this matter. Either Gertrude M. Juste, MD, or Marie Lydie Pierre-Louis, MD, may testify as to the contents of the February 24, 2005, autopsy report, that documents the autopsy of Terrance Brown. This testimony will include a discussion and explanation of that autopsy. It will also include the opinion that the cause of death, as documented in the autopsy report, was a "stab wound of chest penetrating the heart." The manner of death was homicide. The doctor will also testify that the mortal wound could not have been caused by a box cutter and that other wounds on the decedent's body were slash wounds consistent with an assault with a box cutter. Although it was provided in the discovery materials, the relevant autopsy report is attached for your convenience. I have not filed it publically with the case file. I will provide you with a recent copy of the doctor's CV.

In addition, I expect the assigned AUSA referred to in the Grand Jury's Superseding Indictment to testify. Although this witness will not offer any opinions, the witness will explain how the homicide section of the U.S. Attorney's office and the Homicide Unit of MPD's Violent Crimes Branch function. A portion of this testimony will relate to how these two entities interact with one another, specifically regarding presentation of arrest warrants and Grand Jury practice.

One last matter. In the July 11, 2007, letter to counsel regarding certain other acts, I referred to the investigation in U.S. v. Corena Williams, F5373-05. This was a typographical error, and it

should read Corena Watkins.

Please feel free to contact me should you have any questions on this or any other matter.

Very truly yours,

JOHN L. BROWNLEE
United States Attorney

William F. Gould
Assistant United States Attorney

cc: Court file, without attachment.