UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 1:07-cr-00075-CKK |
| | ) |
| ERICK R. BROWN, and | ) |
| MILAGROS L. MORALES, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' WAIVER OF DEADLINE FOR ARRAIGNMENT

Pursuant to the Court's July 16, 2007 Minute Order, Defendants Erick R. Brown and Milagros L Morales, through counsel, hereby waive the deadline for arraignment on the Superseding Indictment, filed on July 18, 2007, until August 14, 2007.

Respectfully submitted,

Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Robert A. Ayers (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
 (202) 429-3000

Counsel for Erick R. Brown

David Schertler
Danny Onorato
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C.  20004-2601
(202) 628-4199

Counsel for Milagros L. Morales

Dated:  July 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Crim. No. 1:07-cr-00075-CKK |
| **ERICK R. BROWN, and**<br>**MILAGROS L. MORALES,** | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

     Upon consideration of Defendants Erick R. Brown and Milagros L Morales' Waiver Of Deadline For Arraignment, it is HEREBY ORDERED that Defendants' request is GRANTED, and Defendants will be arraigned on July 14, 2007, prior to the scheduled status conference scheduled on that date.

 

                                                                                                                Colleen Kollar-Kotelly
                                                                                                                UNITED STATES DISTRICT JUDGE

copies to:

William F. Gould
Assistant United States Attorney
225 West Main Street
Charlottesville, VA  22902

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

- 2 -

David Schertler
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C.  20004-2601