UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK R. BROWN, and MILAGROS L. MORALES,<br><br>Defendants. | Crim. No. 07–75 (CKK) |

ORDER
(August 14, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 14th day of August, 2007, hereby

ORDERED that [74] Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART; it is also

ORDERED that the Court shall eliminate overt acts (A) through (D) as bases for Count Six, such that Count Six of the Second Superseding Indictment shall read as follows:

[Count Six: Obstruction of Justice in violation of 22 D.C. Code §§ 722(a)(6) and 1805]

1. That the Introduction to this Second Superseding Indictment is reintroduced and realleged into this Count of the Second Superseding Indictment.

2. That in or about February 2005, within the District of Columbia, defendants ERICK R. BROWN and MILAGROS L. MORALES, then members of the MPD, as principals and as aiders and abettors, did corruptly in any way obstruct or impede or endeavor to obstruct or impede the due administration of justice in an

official proceeding to wit, the investigation into the murder of Terrance Brown, by among other things engaging in the conduct summarized in overt act (E) of Count Two, which is reintroduced and realleged in this Count of the Second Superseding Indictment.

It is also

ORDERED that trial shall go forward on Count Six as set forth above and Count Nine as set forth in the Second Superseding Indictment as well as the remainder of the Counts set forth in the Second Superseding Indictment.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge