UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: |
| | : | 1:2007-cr-00075-CKK |
| | : | |
| | : | |
| | : | The Honorable Colleen |
| v. | : | Kollar-Kotelly |
| | : | |
| ERICK R. BROWN, and | : | FILED |
| MILAGROS L. MORALES, | : | |
| | : | AUG 1 4 2007 |
| Defendants. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

### ORDER

Based on the United States's August 13, 2007, motion to dismiss Count One of the Second Superseding Indictment in the above-captioned matter, the Court dismisses Count One with prejudice.

The government's motion to dismiss Count One is hereby GRANTED and Count One is dismissed with prejudice.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge
Dated:



CC:

Reid H. Weingarten, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

David Schertler, Esquire
Danny Onorato, Esquire
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, Ninth Floor
Washington, D.C., 20004-2601

William Gould
U.S. Attorney's Office for the Western District of Virginia
255 West Main Street
Charlottesville, Virginia, 22902