IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Case No. 07-075 |
| ERICK R. BROWN, and MILAGROS L. MORALES, | ) ) ) | Judge Colleen Kollar-Kotelly |
| Defendants. | ) ) ) | |

**DEFENDANT MILIGROS MORALES'S WAIVER OF
RIGHT TO BE PRESENT AT BENCH CONFERENCES**

    Defendant Milagros Morales, through counsel, hereby waives his right to be present at bench conferences during voir dire and trial in the above referenced matter.  Ms. Morales has discussed this matter with counsel and waives this right knowingly and voluntarily.

Dated:  August 20, 2007        Respectfully submitted,

                                    MILAGRO A. MORALES

                                    /s/
                                  David Schertler
                                  Danny Onorato
                                  SCHERTLER & ONORATO, LLP
                                  601 Pennsylvania Avenue, N.W.
                                  Suite 900 – NORTH Building
                                  Washington, D.C.  20004
                                  Telephone:  (202) 628-4199
                                  Facsimile:   (202) 628-4177