UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s) )<br>) CIVIL NO. 07-075 (CKK)<br>vs. )<br>)<br>) **FILED**<br>)<br>ERICK R. BROWN, and ) AUG 3 0 2007<br>MILAGROS L. MORALES, )<br>) NANCY MAYER WHITTINGTON, CLERK<br>Defendant(s) ) U.S. DISTRICT COURT | |

NOTE FROM JURY

Could we please have a 2nd copy of the jury instructions.

DATE: 8/30/07
TIME: 10:25 am     FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff(s) ) | CIVIL NO. 07-075 (CKK) |
| ) | |
| vs. ) | |
| ) | **FILED** |
| ) | AUG 3 0 2007 |
| ERICK R. BROWN, and ) | |
| MILAGROS L. MORALES, ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| Defendant(s) ) | |

## NOTE FROM JURY

We would like to take 15 minutes for a break.

DATE: 8/30/07

TIME: 11:00 am     FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | CIVIL NO. 07-075 (CKK) |
| vs. | ) | |
| | ) | **FILED** |
| | ) | AUG 3 0 2007 |
| ERICK R. BROWN, and | ) | |
| MILAGROS L. MORALES, | ) | NANCY MAYER WHITTINGTON, CLERK |
| | ) | U.S. DISTRICT COURT |
| Defendant(s) | ) | |

## NOTE FROM JURY

The jury would like to watch the Lyvonne Lawson tape.

DATE: 8/30/07

TIME: 11:20 am       FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s) )<br>) CIVIL NO. 07-075 (CKK)<br>vs. )<br>)<br>) **FILED**<br>)<br>ERICK R. BROWN, and ) AUG 3 0 2007<br>MILAGROS L. MORALES, )<br>) NANCY MAYER WHITTINGTON, CLERK<br>Defendant(s) ) U.S. DISTRICT COURT | |

## NOTE FROM JURY

Jury would like to take a 15 min break

DATE: 8/30/07

TIME: 2:00 pm       FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s) )<br>) CIVIL NO. 07-075 (CKK)<br>vs. )<br>)<br>)<br>) **FILED**<br>)<br>ERICK R. BROWN, and ) AUG 3 0 2007<br>MILAGROS L. MORALES, )<br>) NANCY MAYER WHITTINGTON, CLERK<br>Defendant(s) ) U.S. DISTRICT COURT | |

## NOTE FROM JURY

We have completed deliberation & reached our verdicts on all counts.

DATE: 8/30/07
TIME: 4:35pm        FOREPERSON _____