UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES           :
                        :
        v.              :
                        :
MILAGROS L. MORALES     :   Criminal No. 07-075-*02*
                        :
        Defendant.      :

**FILED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VERDICT FORM

1. How do you find the defendant, Milagros L. Morales, as to Count One of the Indictment, Conspiracy to Obstruct Justice:

    _____ Guilty        ✓ Not Guilty

    A. In finding the defendant guilty, we the jury unanimously agreed that defendant Milagros L. Morales conspired to commit one or more of the following overt acts alleged in Count One *(select all that apply)*:

        (1) Overt Act A:    Yes _____    No ✓

        (2) Overt Act B:    Yes _____    No ✓

        (3) Overt Act C:    Yes _____    No ✓

        (4) Overt Act E:    Yes _____    No ✓

Page 2 - *Verdict Form - Milagros L. Morales*

2.  How do you find the defendant, Milagros L. Morales, as to Count Two of the Indictment, Obstruction of Justice:

    _____ Guilty    \_\_\_✓\_\_\_ Not Guilty

3.  How do you find the defendant, Milagros L. Morales, as to Count Three of the Indictment, Obstruction of Justice:

    _____ Guilty    \_\_\_✓\_\_\_ Not Guilty

4.  How do you find the defendant, Milagros L. Morales, as to Count Four of the Indictment, Conspiracy to Obstruct Justice:

    _____ Guilty    \_\_\_✓\_\_\_ Not Guilty

5.  How do you find the defendant, Milagros L. Morales, as to Count Five of the Indictment, Conspiracy to Obstruct Justice:

    _____ Guilty    \_\_\_✓\_\_\_ Not Guilty

*Page 3 - Verdict Form - Milagros L. Morales*

6. How do you find the defendant, Milagros L. Morales, as to Count Six of the Indictment, False Statements:

　　　_____ Guilty　　　✓ Not Guilty

7. How do you find the defendant, Milagros L. Morales, as to Count Seven of the Indictment, False Statements:

　　　_____ Guilty　　　✓ Not Guilty

8. How do you find the defendant, Milagros L. Morales, as to Count Eight of the Indictment, False Statements:

　　　_____ Guilty　　　✓ Not Guilty

_8/30/07_
Date