AO 245A (AO Rev 12/03 - DC Rev 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

02-MILAGROS L. MORALES

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 07-075-02

**FILED**

SEP 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Colleen Kollar-Kotelly | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

Sept 20, 2007
Date